EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 433-2012-00286 |

2011 DEC 27 AM 8:48

State or local Agency, if any _____ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lisa Cooper | (910) 843-5947 [843-2940] | 08-06-1965 |

Street Address: 106 Church Road, Red Springs, NC 28377

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SMITHFIELD PACKING | 3,000 or More | (919) 862-7675 |

Street Address: 15855 Highway 87 West, Post Office Box 98, Tar Heel, NC 28392

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-18-2011    Latest: 07-19-2011

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. On July 19, 2011, I was constructively discharged from my employment with the Respondent. During my employment, I was the victim of constant sexual harassment on the part of Tommy Lowery, Superintendent. Mr. Lowery would frequently tell me that he wanted to be with me and that he loved me. Mr. Lowery would on at least a weekly basis brush up against me sexually. Mr. Lowery had power over me in that he ran the office and would do as he pleased. I had been on the job since Nov–Dec 1995 and did not want to lose it. Finally, I could not longer tolerate that sexual harassment.

Because of the harassment, I attempted to transfer to another department. However, I was told that allegedly there were no vacancies.

II. Reported the sexual harassment but no effective corrective action was taken. Allegedly Jamie Pope, Human Resources Representative, conducted an investigation into my allegations. However, if he conducted an investigation, he did not contact all of my witnesses.

III. I believe that I was the victim of discrimination because of my Gender-Female. I also believe that I was the victim of retaliation because I reported the sexual harassment and therefore, not allowed to transfer out of department. I believe that the Respondent is in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 12-21-11
Charging Party Signature: Lisa Cooper

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Case 7:13-cv-00145-FL   Document 30-1   Filed 09/26/14   Page 1 of 1