IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:13-CV-145-F

| | | |
|---|---|---|
| Lisa Cooper, | ) | INDEX OF EXHIBITS TO |
|     Plaintiff, | ) | MEMORANDUM OF LAW IN |
| | ) | IN SUPPORT OF EMERGENCY |
| v. | ) | MOTION TO COMPEL |
| | ) | INDEPENDENT MEDICAL |
| The Smithfield Packing Co., Inc., | ) | EXAMINATION, COMPEL |
|     Defendant. | ) | DISCOVERY RESPONSES, AND |
| | | EXTEND DEFENDANT'S EXPERT |
| | | REPORT AND DISCOVERY |
| | | DEADLINE |

Exhibit No.

Defendant's First Set of Interrogatories to Plaintiff ...................................................................1

Plaintiff's Responses to the Defendant's First Set of Interrogatories..........................................2

Letter dated November 27, 2015 from Defendant's counsel to Plaintiff's
counsel regarding deficiencies in Plaintiff's Response to Defendant's
First Set of Interrogatories ..........................................................................................................3

Plaintiff's Supplemental Responses to the Defendant's
First Set of Interrogatories ..........................................................................................................4

Defendant's First Request for Production of Documents to Plaintiff.........................................5

Plaintiff's Responses to the Defendant's First Set of Request
for Production of Documents......................................................................................................6

Document from Community Innovations (Exhibit F) .................................................................7

Deposition Transcript of Plaintiff, Lisa R. Cooper, May 17, 2016 .............................................8

Letter dated May 23, 2016 from Defendant's counsel to Plaintiff's
counsel regarding deficiencies in Plaintiff's Responses to Defendant's
First Set of Interrogatories and Defendant's First Request for Production
of Documents ..............................................................................................................................9

|  | Exhibit No. |
|---|---|
| Plaintiff's Second Supplemental Responses to the Defendant's First Set of Interrogatories and Plaintiff's Second Supplemental Responses to the Defendant's First Set of Request for Production of Documents | 10 |
| Curriculum Vitae of Manis A. Fozdar, M.D., DFAPA and W. Thomas Bundick, Jr., Ph.D | 11 |
| Unpublished Decisions | 12 |