IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-00145-F

| | | |
|---|---|---|
| LISA COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE SMITHFIELD PACKING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court to address Defendant's Emergency Motion to Compel Independent Medical Examination, Discovery Responses and Extend Defendant's Expert Report and Discovery Deadline [DE-41] and Plaintiff's response in opposition [DE-43]. The court conducted a telephonic hearing with the parties on June 17, 2016. June 14, 2016 Order [DE-44]. For the reasons stated at the hearing, the court rules as follows:

1. Defendant's motion [DE-41] is denied without prejudice as to the request for an independent medical examination, and granted as to the request to compel discovery responses and extend deadlines.

2. Plaintiff is ordered to produce the discovery responses at issue by no later than **July 8, 2016**.

3. The scheduling order [DE-38] is amended as follows:

    a. Reports from retained experts are due from Defendant by **July 25, 2016**,

    b. All discovery and mediation will be completed by **August 5, 2016**; however, the discovery deadline is extended for the limited purpose of allowing Plaintiff to depose Defendant's experts, and

    c. All potentially dispositive motions will be filed by **September 5, 2016**. Any provisions of the scheduling order [DE-38] not modified herein shall remain in effect.

Finally, no expenses and fees shall be awarded in connection with resolution of this motion.

SO ORDERED, this the 17th day of June 2016.

*[signature]*
Robert B. Jones, Jr.
United States Magistrate Judge