# APPENDIX B
# BRANDON MOORE DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:13-cv-145-F

Lisa Cooper,
    *Plaintiff*,

vs.

The Smithfield Packing Company, Inc.,
    *Defendant*.

*Declaration of Brandon Moore*

I, Brandon Moore, declare under penalty of perjury pursuant to 28 USC §1746 as follows:

1. My name is Brandon Moore, and I am over the age of eighteen (18) years.

2. I give this declaration freely and voluntarily, and I am mentally competent to attest to the facts stated herein.

3. The statements herein are based on my personal knowledge, and are true to the best of my knowledge.

4. I was an employee of Smithfield Tar Heel, where I worked as a Utility Worker beginning December 4, 2006. I became associated with Lisa Cooper in approximately 2007, when she was employed at Smithfield Tar Heel.

5. When I first met Lisa, she was a very happy employee. She was at work every day and appeared to enjoy working at Smithfield.

6. Beginning in approximately 2009, I noticed a change in Lisa. She started complaining about work and not wanting to come into the office. Specifically, she complained a lot about Tommy Lowery, who was her supervisor at the time.

1

7. I had been in the presence of Tommy Lowery and Lisa Cooper on a number of occasions between 2009 and 2011 when I heard him make inappropriate comments of a sexual nature to her. For example, Tommy would ask Lisa when she was going to let him take her home with him. He would follow her around asking something like, "you're going home with me aren't you?" He did this at least two (2) to three (3) times per week for almost two (2) years until Lisa finally couldn't take it anymore. Lisa was visibly bothered by Tommy's behavior. In fact, every time I saw or heard Tommy make these comments to Lisa, she would tell her to stop talking to her that way. She was rejected him and let him know that she did not like what he was saying to her. She did nothing that I saw to encourage him to treat her this way.

8. Between 2009 and 2011, Tommy would frequently tell me and other employees to leave the office when Lisa came into his office area because he wanted to be in the office alone with her.

9. Tommy acted hateful toward females in general, but did not treat men like that. For example, he would yell at the women until they cried, and say disrespectful things to them like calling them stupid and dumb. He also used a nasty tone of voice when talking to the women versus when he talked to the men.

10. Tommy also made comments to Lisa that she looked sexy on many occasions between 2009 and 2011.

11. Lisa tried to ignore Tommy but he would not leave her alone.

12. I have seen Lisa crying at work numerous times because of something Tommy did or said to her.

2

13. Tommy also accused me of "killing Lisa Cooper out"; meaning that I was having sex with her. He made these accusations on more than one occasion between 2009 and 2011.

14. Lisa told me that she wanted to transfer to the shipping department away from Tommy's department to get away from him. I could see Lisa struggling at work to maintain her composure and continue working, but it was hard for her. Tommy's conduct toward her and his attitude often made her upset and tearful, which made it difficult for her to work.

15. I was with Lisa when she verbally complained about Tommy and reported to Lynn Dove that she needed to get away from Tommy because of the sexual harassment. To my knowledge, nothing was done after Lisa complained.

16. On the day before Lisa resigned in July, 2011, I was with her when we went to complain to Jamie Pope about Tommy. Other upper management supervisors, Ray Kraus and Donovan Owens, were present when I went with her to Jamie Pope's office. I was with her to support her and to provide information about what I had seen and heard. I had heard Tommy sexually harass Lisa for many months and I knew that was a violation of company policy. I was there as a witness for Lisa. However, both Ray and Donovan brushed me off and didn't want to hear what I had to say. They said they would contact me to get a statement later and told me to go home. After that, no one ever asked me for a statement or asked me what I had seen or heard between Lisa and Tommy.

17. Lisa told me she felt she had no choice but to resign since they would not do anything about Tommy and would not transfer her.

I declare under penalty of perjury that the foregoing is true and correct.

This the 27th day of July, 2016.

_____
Brandon Moore