# APPENDIX C

# MONICA WILLIAMS JULY 18, 2011 WRITTEN STATEMENT

All I remember is hearing tommy say before he loose his job over any Bxxxx that he will kill them. I heard him ask Lisa if he could come see her while she was on vacation and she told him no. Than its rumors going around saying if tommy try to sleep with you and you dont then he will have you fired. Oh yeah he do use the words white crackers alot too I think he mite be a little prejudice. But like I said its alot going on inside caseready not only with supervisors but with employees too I just try to stay out of it.

Monica Williams
July 18, 2011