# APPENDIX D
# COOPER'S JULY 2011 WRITTEN STATEMENT

For sometime now, I have been black-mailed and harrassed on my job by Tommy Lowery. On a regular basis, he asks me to have sex with him, and each time, I have turned him down. Every time I refuse his sexual offers, he threatens to get me fired. I have kept this problem to myself for a while, fearing that my life is in danger. Tommy said to me, "I will kill you" because he is a drug-dealer therefore he can "make things happen." Overburdened with this problem, I broke down crying to Brandon, telling him everything that's been going on. Brandon stated to me "that I shouldn't be going through this." Also, Tommy has even confronted Brandon, in the office, "have me and him (Brandon) had sex", or "does he know if "I have had sex with any other man." Since then, Tommy has continously disrespected me, calling me out of my name therefore belittling me due to me refusing him sex. After the meeting in Jamie Pope's office, Tommy called me in the office fussing at me saying "You making "Case Ready" look ugly and I got them dame white-Cracker on this Punchbook

When the work day is complete, he said for me to leave separately from Brandon in which I go out one way and he goes another way because Tommy told me "cameras are watching us." Once I make it home from work at nite, I cry asking myself what did I do to deserve this treatment. Not to mention, Two weeks ago, I was sitting in the office doing my TA's, Sacoya & Monica were in the office when Tommy asked me could I go to Walmart for him? I said No! then he asked could he come to my house? I said No! I have a husband! then he said "he loves me" and I said again, "I'm married!" Overall, this is what I go through on a daily basis when I work with Tommy Lowery which is the truth so help me God.

7/18/11

Lisa Cooper

Dec 19

I Lisa Cooper Resiged from Case Ready Smithfield Packing Company, Inc.

7-19-11
7-20-11

Lisa Cooper

Thank You